


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

~~NEWPORT NEWS~~ NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

QORAN R. GAFFNEY

Case No. 2:23mj58
Court Date: May 17, 2023

CRIMINAL INFORMATION
(Misdemeanor) - Violation No. E1192035

COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 3, 2023, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QORAN R. GAFFNEY, did after being involved in a vehicle accident that caused damage to unattended property, fail to make a reasonable effort to find the owner or custodian of the unattended property, she further unlawfully failed to leave a note and other sufficient information including her identification and contact information at the scene of the accident, and she unlawfully failed to report the accident to law enforcement authorities.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-896.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: [signature]

Meridith A. Wailes
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Meridith.Wailes@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

Meridith A. Wailes
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Meridith.Wailes@usdoj.gov

12 Apr 23
Date